IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E-ONE, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3115 |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF WOOD RIVER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties' joint oral motion to extend the deadline for filing their Rule 26(f) report is granted. The report of parties' planning conference shall be filed on or before August 12, 2008.

DATED this 25th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge