IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E-ONE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3115 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF WOOD RIVER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to amend complaint filed with the consent of the defendant, filing no. 27, is granted.  The amended complaint shall be filed forthwith.

DATED this 1st day of April, 2009.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge