IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL SIGNAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3115 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF WOOD RIVER, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Joint Stipulation for Dismissal Pursuant to FRCP 41(a)(1(A)ii is approved and the plaintiff's claims against the defendant are dismissed with prejudice. Each party shall pay its own costs.

    Dated August 31, 2009.

                            BY THE COURT

                            s/ Warren K. Urbom
                            United States Senior District Judge